IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BERLON BREAZEALE                                                                                      PLAINTIFF

V.                                                                         CIVIL ACTION NO. 4:13-CV-00119-SA-JMV

RONALD C. YOUNG; HAL JOHNSON;
TERMINIX INTERNATIONAL, INC.;
TERMINIX INTERNATIONAL OF DELAWARE, INC.;
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP; FICTICIOUS PARTIES
JOHN DOES 1-10 AND CORPORATE LLP'S
AND LLC'S JOHN DOES 11-20                                                                    DEFENDANTS

## ORDER

Pursuant to the Memorandum Opinion issued this day, Plaintiff's Motion to Remand [12] is GRANTED. The Court finds that complete diversity does not exist among the parties, and the Court therefore lacks subject matter jurisdiction. Accordingly, the clerk is directed by the Court to remand this matter to the Circuit Court of Humphreys County, Mississippi.

SO ORDERED on this, the 10th day of October, 2013.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**